SCWC-15-0000254

**Electronically Filed
Supreme Court
SCWC-15-0000254
30-SEP-2015
11:18 AM**

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

THE BANK OF NEW YORK MELLON FORMERLY KNOWN AS THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE TO JP MORGAN CHASE BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENT II INC. BEAR STEARNS ALT-A TRUST, MORTGAGE PASS THROUGH CERTIFICATE SERIES 2006-2, Respondent/Plaintiff-Appellee,

vs.

MARCELO MAGNO LOPEZ, JR., Petitioner/Defendant-Appellant,

and

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., SOLELY AS NOMINEE FOR PREFERRED FINANCIAL GROUP, INC. DBA PREFERRED MORTGAGE SERVICES and DOES 1 THROUGH 20, INCLUSIVE, Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000254; CIV. NO. 10-1-0414)

ORDER DISMISSING AMENDED APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The amended application for writ of certiorari, filed on August 26, 2015, is hereby dismissed as untimely. See HRS § 602-59(c) (Supp. 2014); HRAP Rule 40.1(a)(1) and (a)(3).

DATED: Honolulu, Hawaiʻi, September 30, 2015.

Marcelo Magno Lopez, Jr.,
petitioner pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

